1  **BUCHALTER NEMER**
   A Professional Corporation
2  GEORGE J. STEPHAN (SBN: 67692)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA  90017-2457
   Telephone: (213) 891-5222
4  Facsimile: (213) 630-5618
   Email:    gstephan@buchalter.com
5

6  **SMITH, GAMBRELL & RUSSELL, LLP**
   J. Joseph Bainton (Admitted Pro Hac Vice)
7  John J. Lee (Admitted Pro Hac Vice)
   250 Park Avenue, Suite 1900
8  New York, NY 10177
   Telephone: (212) 907-9700
9  Facsimile: (212) 907-9800
   Email:    jbainton@sgrlaw.com
10            jlee@sgrlaw.com

11 Attorneys for Plaintiff
   ENODIS CORPORATION
12

13

14                     **UNITED STATES DISTRICT COURT**
15
                       **CENTRAL DISTRICT OF CALIFORNIA**
16

| 17 ENODIS CORPORATION, | CV 04-4357 CAS (PJWx) |
|---|---|
| 18           Plaintiff, | Formerly Master File No. CV 03-866 CAS (PJWx) |
| 19     vs. | |
| 20 EMPLOYERS INSURANCE COMPANY OF WAUSAU; *et al.*, | *Honorable Christina A. Snyder* |
| 21           Defendants. | **JUDGMENT** |
| 22 | |
| 23 AND RELATED CASES. | TRIAL: February 26, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 5 |
| 24 | |
| 25 This Document Relates To:  CV 04-4357 CAS (PJWx) (Enodis Corporation) | FINDINGS OF FACT AND CONCLUSIONS OF LAW<br>filed March 26, 2009 (Dkt. 107) |
| 26 | |

27

28

E6252.0002 BN 3028269v1
DRAFT 3/30/09 2:45 PM

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

[PROPOSED] JUDGMENT

1    This judgment relates to Enodis Corporation v. Continental Casualty Company and Transportation Insurance Company, Case No. CV 04-4357 CAS (PJWx), which includes the counterclaim by Continental Casualty Company ("Continental") against Enodis Corporation ("Enodis").

Enodis Corporation vs. Employers Insurance Company of Wausau, Case No. CV 03-866 CAS (PJWx) and Employers Insurance Company of Wausau v. Enodis Corporation, Case No. CV 04-6446 CAS (PJWx) have been settled and dismissed. Accordingly, this is the single judgment in connection with this CV 04-4357 matter.

This matter came on for a bench trial (the parties having waived a jury for purposes of this trial only on the remaining claims, while reserving their right to a jury trial following any remand following any appeal and also as to all other claims, including those claims which were dismissed previously by the Court) on February 26, 2009 before the Honorable Christina A. Snyder.  John J. Lee and Deana D. Ahn of Smith, Gambrell & Russell, LLP and George J. Stephan of Buchalter Nemer, a PLC, appeared on behalf of Plaintiff and Counter-Defendant Enodis.  Hellar-Ann C. Hancock and Teresa M. Wainman of Michelman & Robinson, LLP appeared for Defendant Transportation Insurance Company ("Transportation") and for Defendant and Counter-Plaintiff Continental (collectively "CNA").  The Court received evidence and heard argument.  The Court made findings of fact and conclusions of law.  Being fully advised regarding the matter, and in accordance with its findings and conclusions,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.    Plaintiff Enodis Corporation shall take nothing against Defendant Continental Casualty Company and Defendant Transportation Insurance Company; and Defendant Continental Casualty Company and Defendant Transportation Insurance Company shall have and recover judgment against Plaintiff Enodis Corporation on the only remaining claim which alleges Defendants' failure to provide a defense to the *Pearce Action*.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

E6252.0002 BN 3028269v1
DRAFT 3/30/09 2:45 PM

1

[PROPOSED] JUDGMENT

2.      Counter-Plaintiff Continental Casualty Company shall take nothing against Enodis Corporation; and Counter-Defendant Enodis Corporation shall have and recover judgment against Counter-Plaintiff Continental Casualty Company on the account stated and unjust enrichment causes of action and on the claim seeking a money judgment in connection with the declaratory judgment causes of action of the counterclaim, and on Counter-Plaintiff's claim for attorneys' fees under the claim service agreement.

3.      The declaratory relief causes of actions asserted by Plaintiff Enodis Corporation are dismissed without prejudice; and, except as adjudged above, the declaratory relief causes of actions asserted by Counter-Plaintiff Continental Casualty Company are dismissed without prejudice.

4.      Neither Enodis Corporation, on the one hand, nor Continental Casualty Company or Transportation Insurance Company, on the other hard, shall have and recover costs of suit against the other.  No party is awarded costs of suit.

5.      Nothing herein is intended to be a waiver of or to preclude or prejudice the right of any party hereto to seek appellate review of this Court's prior rulings, including rulings dismissing Enodis's claims based on CNA's alleged failure to participate in a channeling injunction and/or based on CNA's alleged conduct resulting in Consolidated's insolvency and consequential alter ego claims against Enodis.

Dated:  April 6, 2009

_____
The Honorable Christina A. Snyder
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

E6252.0002 BN 3028269v1
DRAFT 3/30/09 2:45 PM

2

[PROPOSED] JUDGMENT

1
2   Approved as to form:

3   BUCHALTER NEMER
    A Professional Corporation
4
5   By:   /s/ – George J. Stephan
          George J. Stephan
          Attorneys for Plaintiff and Counter-
6         Defendant Enodis Corporation
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

E6252.0002 BN 3028269v1
DRAFT 3/30/09 2:45 PM

3

[PROPOSED] JUDGMENT