BUCHALTER NEMER
A Professional Corporation
George J. Stephan (SBN: 67692)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-5222
Facsimile: (213) 630-5618
E-Mail: gstephan@buchalter.com

JS-6

SMITH, GAMBRELL & RUSSELL, LLP
John J. Lee (Admitted Pro Hac Vice)
John G. McCarthy (Admitted Pro Hac Vice)
250 Park Avenue, Suite 1900
New York, New York 10177
Telephone: (212) 907-9700
Facsimile: (212) 907-9800
E-Mail: jlee@sgrlaw.com
          jmccarthy@sgrlaw.com

Attorneys for Plaintiff
ENODIS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENODIS CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>CONTINENTAL CASUALTY COMPANY and TRANSPORTATION INSURANCE COMPANY,<br><br>        Defendants. | File No.<br>CV 04-4357 CAS (PJWx)<br>*Honorable Christina A. Snyder*<br><br>**ORDER** |

**ORDER**

GOOD CAUSE APPEARING and upon stipulation of the parties, it is ORDERED that Case No. CV 04-4357 CAS (PJWx) is hereby dismissed with prejudice. Each party shall bear its own costs, fees and expenses.

**IT IS SO ORDERED.**

DATED: September 26, 2013

_____
The Honorable Christina A. Snyder
United States District Court Judge

SGR/11385361.1